# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

146566(25)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 146566
COA: 310536
Wayne CC: 03-011636

DONYELLE FERDINAND WOODS,
     Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's July 30, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MCCORMACK, J., not participating because of her prior involvement as counsel for a party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

p0923